# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Blaker Levon DavisDocket No. 7:07-CR-60-1BO

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Blaker Levon Davis, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Distribution of More than 5 Grams of Cocaine Base, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on February 14, 2008, to the custody of the Bureau of Prisons for a term of 44 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court.

Blaker Levon Davis was released from custody on April 22, 2011, at which time the term of supervised release commenced. On October 19, 2011, Davis' supervision was transferred to the District of South Carolina where he remains under supervision by United States Probation Officer Jake N. Bookard, II.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 18, 2012, USPO Bookard notified our office that during a recent criminal records check, it was discovered that Davis had been arrested and charged with Criminal Domestic Violence First Offense on October 23, 2011, and failed to report this arrest to the probation officer. Davis completed an anger management course on November 8, 2012, and the charge was nolle prossed. Furthermore, Davis has failed to submit Monthly Supervision Reports for October and November 2012. It is recommended by USPO Bookard that Davis be allowed to continue on supervision, but the conditions be modified to require Davis to complete 40 hours of community service work as directed by the probation office.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall complete 40 hours of community service work as directed by the United States Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Blaker Levon Davis
Docket No. 7:07-CR-60-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: January 15, 2013

## ORDER OF COURT

Considered and ordered this 17 day of January, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge